IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TERRY MARK WRIGHT, #1771863 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv913 |
| ERICA GOMEZ, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #18) is **ADOPTED**. It is further

**ORDERED** that Plaintiff is permitted to proceed with his deliberate indifference claims against Nurse Erica Gomez and Dr. Joseph Tretta. It is finally

**ORDERED** that Plaintiff's claims against Practice Manager John Denman and Warden Todd E. Harris are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS SO ORDERED**.

**SIGNED this 6th day of January, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE