IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TERRY MARK WRIGHT, #1771863 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv913 |
| ERICA GOMEZ, ET AL. | § | |

ORDER DENYING DEFAULT JUDGMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Second Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Second Report and Recommendation (Dkt. #56) is **ADOPTED**. It is further

**ORDERED** that Plaintiff's declaration for entry of default (Dkt. #55), construed as a motion for a default judgment, is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 13th day of May, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE